# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
**2500 Tulare Street**
**Fresno, CA 93721**

FILED

NOV 7 - 2007

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
CALIFORNIA

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102–3489

5-07- 70644-RS

**RE:**      USA vs. Baltazar Rodriguez — Contreras
**USDC No.:**   **1:07–MJ–00259–GSA**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
October 31, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 5.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                         Very truly yours,

**November 1, 2007**        /s/  **S. Martin**
                         _____
                         Deputy Clerk

**RECEIVED BY:**      _____
                         Please Print Name

**DATE RECEIVED:**    _____


**NEW CASE**
**NUMBER:**           _____

## COMMITMENT TO ANOTHER DISTRICT

Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California **FILED** |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs<br><br>*Baltazar Rodriguez-Contreras* | Docket Number<br><br>**OCT 3 1 2007**<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK<br><br>Magistrate Case Number<br>*1:07mJ 00259 GSA* |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT     ☐ INFORMATION     ☒ COMPLAINT     ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: *8* U.S.C. § SECTION *1326*

DISTRICT OF OFFENSE *Northern Dist of CA.*

DESCRIPTION OF CHARGES: *Deported alien Found in the U.S.*

CURRANT BOND STATUS: __ Bail fixed at _____ and conditions were not met

✓ Government moved for detention and defendant detained after hearing in District of Arrest

__ Government moved for detention and defendant detained pending detention hearing in District of Offense

__ Other (specify)

**Representation:** __ Retained Counsel ✓ Federal Defender __ CJA Attorney __ None

**Interpreter Required?** __ No ✓ Yes     Language: *Spanish*

TO: THE UNITED STATES MARSHAL
    You are hereby commanded to take custody of the above named
defendant with a certified copy of this commitment forthwith
to the district of offense as specified above and there deliver
the defendant to the United States Marshal for the District or to
some other officer authorized to receive the defendant.

*10-31-07*
_____
Date

_____
GARY S. AUSTIN, United States Magistrate Judge

---

### RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____<br>DEPUTY MARSHAL |

as of 10/2000

I hereby attest and certify on *11/1/07*
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   1:07-mj-00259 GSA |
| | ) | |
| VS. | ) | **DETENTION ORDER** |
| | ) | |
| BALTAZAR RODRIGUEZ-CONTRERAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**A.**   **Order For Detention**

After conducting an initial appearance hearing on an out-of-district warrant, the Court orders the above-named defendant detained.

**B.**   **Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds:

__X__ By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

____ By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

**C.**   **Findings Of Fact**

The Court's findings are based on the evidence which was presented in Court, and that which was contained in the Pretrial Services Report, and includes the following:

__X__ (1) Nature and circumstances of the offense charged:

    __X__ (a) The crime:  8 USC 1326-Deported Alien Found in the United States is a serious crime and carries a maximum penalty of:  20 years/$250,000 fine.

    ____ (b) The offense is a crime of violence.

    ____ (c) The offense involves a narcotic drug.

    ____ (d) The offense involves a large amount of controlled substances, to wit:

____ (2) The weight of the evidence against the defendant is high.

__X__ (3) The history and characteristics of the defendant, including:

    _____(a) General Factors:

      ____ The defendant appears to have a mental condition which may affect whether the defendant will appear.

      ____ The defendant has no family ties in the area.

      ____ The defendant has no steady employment.

      ____ The defendant has no substantial financial resources.

      ____ The defendant is not a long time resident of the community.

      ____ The defendant does not have any significant community ties.

      ____ Past conduct of the defendant:

      ____ The defendant has a history relating to drug abuse.

      ____ The defendant has a history relating to alcohol abuse.

      ____ The defendant has a significant prior criminal record.

      ____ The defendant has a prior record of failure to appear at court proceedings.

I hereby attest and certify on _11/x/07_ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By_____Deputy

DETENTION ORDER - Page 2   Case 1:07-mj-00259-GSA    Document 4    Filed 11/01/2007   Case No. 1:07-mj-00259-GSA

_____(b) Whether the defendant was on probation, parole, or release by a court:
At the time of the current arrest, the defendant was on:

____ Probation

____ Parole

____ Release pending trial, sentence, appeal, or completion of sentence.

(c) Other Factors:

_X_ The defendant is an illegal alien and is subject to deportation.

____ The defendant is a legal alien and will be subject to deportation if convicted.

_X_ Other:  The defendant is to be transported to the Northern District of California as soon as practicable.

____ (4) The nature and seriousness of the danger posed by the defendant's release are as follows:

____ (5) Rebuttable Presumptions
In determining that the defendant should be detained, the Court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. §3142(e) which the Court finds the defendant has not rebutted:

____ a.    That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community because the Court finds that the crime involves:

____ (A) A crime of violence;

____ (B) An offense for which the maximum penalty is life imprisonment or death;

____ (C) A controlled substance violation which has a maximum penalty of 10 years or more; or,

____ (D) A felony after the defendant had been convicted of 2 or more prior offenses described in (A) through (C) above, and the defendant has a prior conviction for one of the crimes mentioned in (A) through (C) above which is less than 5 years old and which was committed while the defendant was on pretrial release.

____ b.    That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:

____ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

____ (B) That the defendant has committed an offense under 18 U.S.C. §924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

**D.    Additional Directives**

Pursuant to 18 U.S.C. §3142(i)(2)-(4), the Court directs that:
The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; the defendant be afforded reasonable opportunity for private consultation with counsel; and, that on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated:    **November 1, 2007**          **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

CLOSED, INTERPRETER

# U.S. District Court
# Eastern District of California - Live System  (Fresno)
# CRIMINAL DOCKET FOR CASE #: 1:07-mj-00259-GSA All Defendants
# Internal Use Only

Case title: USA v. Rodriguez-Contreras

Other court case number: 07-70644 RS Northern District of California

Date Filed: 10/30/2007

Date Terminated: 10/31/2007

---

Assigned to: Magistrate Judge Gary S. Austin

### Defendant

**Baltazar Rodriguez-Contreras** (1)
*TERMINATED: 10/31/2007*

represented by **Eric Vincent Kersten**
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
(559) 487-5561
Fax: (559) 487-5950
Email: eric_kersten@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby attest and certify on 11/1/07
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By _____ Deputy

### Pending Counts

None

### Disposition

## Highest Offense Level
## (Opening)
None

## Terminated Counts                    Disposition
None

## Highest Offense Level
## (Terminated)
None

## Complaints                           Disposition
None

---

## Plaintiff
**USA**                    represented by    **Dawrence Wayne Rice, Jr.**
United States Attorney
2500 Tulare Street
Suite 4401
Fresno, CA 93721
(559) 497-4031
Fax: (559) 497-4099
Email:
Duce.Rice@USDOJ.GOV
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2007 | 1 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Baltazar Rodriguez-Contreras from Northern District of California (Martin, S) (Entered: 10/31/2007) |

Case 5:07-cr-00776-JF   Document 2   Filed 11/07/2007

| | | |
|---|---|---|
| 10/31/2007 | 2 | MINUTES (Text Only) for proceedings held before Judge Gary S. Austin on 10/31/2007: INITIAL APPEARANCE re OUT OF DISTRICT WARRANT re COMPLAINT as to Baltazar Rodriguez-Contreras HELD - rights given; defendant WAIVES I.D. hearing. DETENTION HEARING HELD - defendant ORDERED DETAINED and TRANSPORTED back to the Northern District of CA. Appearance entered by Dawrence Wayne Rice, Jr for USA, Eric Vincent Kersten for Baltazar Rodriguez-Contreras. Interpreter D. Pflug appointed in case as to Baltazar Rodriguez-Contreras. Baltazar Rodriguez-Contreras terminated. CASE CLOSED. Government Counsel D. Rice present. Defense Counsel E. Kersten (appointed) present. Custody Status: (In Custody). Court Reporter/CD Number: M. Rooney. Interpreter D.. Pflug present. (Vasquez, J) (Entered: 11/01/2007) |
| 10/31/2007 | 3 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Baltazar Rodriguez-Contreras. (Martin, S) (Entered: 11/01/2007) |
| 10/31/2007 | 5 | COMMITMENT to ANOTHER DISTRICT as to Baltazar Rodriguez-Contreras, Defendant committed to District of CA/Northern District, signed by Judge Gary S. Austin on 10/31/2007. (Martin, S) (Entered: 11/01/2007) |
| 11/01/2007 | 4 | DETENTION ORDER as to Baltazar Rodriguez-Contreras signed by Judge Gary S. Austin on 11/1/2007. (Vasquez, J) (Entered: 11/01/2007) |
| 11/01/2007 | 6 | TRANSMITTAL of DOCUMENTS re 5 Commitment to Another District on *10/31/2007* to * United States District Court* *Northern District of California* *450 Golden Gate Avenue* *San Francisco, California 94102-3489*. *Electronic Documents: 1 to 5. *. (Martin, S) (Entered: 11/01/2007) |