SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-FILING

Filed
DEC 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  BALTAZAR RODRIGUEZ-CONTRERAS,  Defendant. | CR No. 07 00770 JF HRL  VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation  SAN JOSE VENUE |

### INFORMATION

The United States charges:

On or about October 3, 2007, the defendant

BALTAZAR RODRIGUEZ-CONTRERAS

an alien, previously having been arrested and deported from the United States on or about May 31, 2000, March 29, 2002, June 28, 2002, November 25, 2003, February 26, 2004, and April 29, 2005, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//

//

INFORMATION

1  of Title 8, United States Code, Section 1326.

2  DATED: 11/27/07                     SCOTT N. SCHOOLS
                                       United States Attorney

5                                      DAVID R. CALLAWAY
                                       Deputy Chief, San Jose Office

7  (Approved as to form: _____ )
                         AUSA SCHENK

INFORMATION

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

## OFFENSE CHARGED

8 U.S.C. SECTION 1326 - ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
2 years imprisonment
$250,000 fine
1 year supervised release
$100 special assessment

## DEFENDANT - U.S.

► BALTAZAR RODRIGUEZ-CONTRERAS

DISTRICT COURT NUMBER

e-FILING

**Filed**
DEC 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CR 07 00770 JF
HRL

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JEFFREY B. SCHENK

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ► Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: