AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Baltazar Rodriguez-Contreras

CASE NUMBER: CR07-00770 JF

I, _Baltazar Rodriguez-Contreras_, the above named defendant, who is accused of

illegal reentry, in violation of 8 USC § 1326,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __12/6/07__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_Baltazar Rodriguez Contreras_
**Defendant**

_[signature]_
**Counsel for Defendant**

Before _[signature]_
Judicial Officer