# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, December 12, 2007
**Case Number:** CR-07-00770-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | UNITED STATES OF AMERICA V. BALTAZAR RODRIGUEZ-CONTRERAS |
|---|---|

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Baltazar Rodriguez-Contreras |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

PROCEEDINGS:

    Disposition and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to Count 1 of the Information. Defendant is sentenced to time served; 1 year supervised release; and $100.00 special assessment.