PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**FILED** JUL 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
NDCA

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0971  5:07CR00770-01 JF |
| DOCKET NUMBER *(Rec. Court)* |
| 08-CR-50072-TUC-FRZ-HCE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DIVISION |
|---|---|
| Baltazar Rodriguez-Contreras | San Jose |

| NAME OF SENTENCING JUDGE |
|---|
| Jeremy Fogel |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/12/07 | TO 12/11/2008 |
|---|---|---|

**OFFENSE**
8 U.S.C. 1326 - Illegal Re-entry Following Deportation

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Arizona _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6/13/08_   _[signature]_
Date   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   District of Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7-1-08_   _[signature]_
Effective Date   United States District Judge