**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

July 16, 2008

**Office of the Clerk-USDC**
**202 James A. Walsh Courthouse**
**44 East Broadway Blvd.,**
**Tucson, AZ 85701-1711**

Case Number: **CR-07-00770-JF (Your Case# 08-CR-50072-TUC-FRZ-HCE)**

Case Title:   United States -v- **Baltazar Rodriguez-Contreras**

Dear Clerk:

    Pursuant to order transferring the jurisdiction of probation in the above-captioned case, transmitted herewith are certified copies of:

1. Indictment/Information
2. Transferral Order
3. Judgment
4. Docket Sheets

Please acknowledge receipt of the above document on the copy of this form.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

(enclosures)