**USDC, Arizona UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
————————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

July 24, 2008

**Office of the Clerk-USDC**
**E. A. Deconcini U.S. Courthouse**
**405 W. Congress, Suite 1500**
**Tucson, Arizona 85701-5010**

Case Number: **CR-07-00770-JF (Your Case# 08-CR-50072-TUC-FRZ-HCE)**

Case Title:   United States -v- **Baltazar Rodriguez-Contreras**

Dear Clerk:

    Pursuant to order transferring the jurisdiction of probation in the above-captioned case, transmitted herewith are certified copies of:

        1. Indictment/Information

        2. Transferral Order

        3. Judgment

        4. Docket Sheets

    Please acknowledge receipt of the above document on the copy of this form.

        Very truly yours,

        RICHARD W. WIEKING, Clerk

        by: _*Cita F. Escolano*_
               Case Systems Administrator

(enclosures)

\*\*Mailed for the 2nd Time w/New Address