UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408-535-5363

**FILED**
AUG 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 24, 2008

Office of the Clerk-USDC
E. A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

[Stamp: 2  JUL 28 2008  2  CLERK U S DISTRICT COURT  DISTRICT OF ARIZONA  BY____ DEPUTY  FILED / RECEIVED / LODGED / COPY]

Case Number: **CR-07-00770-JF (Your Case# 08-CR-50072-TUC-FRZ-HCE)**

Case Title:   United States -v- **Baltazar Rodriguez-Contreras**

Dear Clerk:

   Pursuant to order transferring the jurisdiction of probation in the above-captioned case, transmitted herewith are certified copies of:

   1. Indictment/Information

   2. Transferral Order

   3. Judgment

   4. Docket Sheets

Please acknowledge receipt of the above document on the copy of this form.

   Very truly yours,

   RICHARD W. WIEKING, Clerk

   by: _____Cita F. Escolano_____
   Case Systems Administrator

(enclosures)

**Mailed for the 2nd Time w/New Address